Opinion filed March 27, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed March 27,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00073-CV

                                                    __________

                                                              

                                   IN
RE EDWARD JAMES BROWN

 



 

                                                Original
Mandamus Proceeding

 



 

                                              M E
M O R A N D U M   O P I N I O N

The
parties have filed in this court a joint motion to dismiss this proceeding.  In
their motion, the parties state that they have settled the underlying action
and have agreed to dismiss this mandamus proceeding.

The
motion is granted, and the mandamus proceeding is dismissed.

 

PER CURIAM

 

March 27, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.